IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIRSLATE, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INKIT, INC. )<br>)<br>Defendant. ) | C.A. No. 23-1307 (RGA) (SRF) |

### DEFENDANT INKIT, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS

Pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, Defendant Inkit, Inc. hereby moves for judgment on the pleadings that Plaintiff airSlate, Inc. ("airSlate") has failed to state a claim upon which relief can be granted due to the invalidity under 35 U.S.C. § 101 of airSlate's two asserted patent claims, Claims 1 and 18 of U.S. Patent No. 11,449,815.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael J. Flynn*

Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mflynn@morrisnichols.com

*Attorneys for Defendant Inkit, Inc.*

OF COUNSEL:

John M. Hintz
H. William Bloom, III
MAYNARD NEXSEN PC
1901 Sixth Avenue N, Suite 1700
Birmingham, AL 35203
(205) 254-1000

Jacqueline D. Relatores
MAYNARD NEXSEN PC
10100 Santa Monica Boulevard, Suite 550
Los Angeles, CA 90067
(310) 596-4500

May 30, 2024

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 30, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Brian A. Biggs, Esquire<br>Stephanie E. O'Byrne, Esquire<br>DLA PIPER LLP (US)<br>1201 North Market Street, Suite 2100<br>Wilmington, DE  19801-1147<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Michael G. Strapp, Esquire<br>Christopher J. Deck, Esquire<br>DLA PIPER LLP (US)<br>33 Arch Street, 26th Floor<br>Boston, MA  02110-1447<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Michael J. Flynn*
_____
Michael J. Flynn (#5333)